UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRADLEY LEWIS, Individually And on Behalf of All Others, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. |
| v. | )<br>) Removed From<br>) Circuit Court of Cole County, Missouri |
| TRUMAN MEDICAL CENTER, INC., | ) Case No. 17AC-CC00477 |
| Defendant. | )<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Truman Medical Center ("Defendant TMC"), hereby removes to the United States District Court for the Western District of Missouri the action styled *Bradley Lewis, Individually and on behalf of all others v. Truman Medical Center, Inc*, Case No. 17AC-CC00477 from the Circuit Court of Cole County, Missouri. Defendant removes this case on grounds of federal question jurisdiction pursuant to 28 U.S.C. §1331. In support of the Notice of Removal, Defendant states as follows:

1. Plaintiff Bradley Lewis commenced the above-captioned action in the Circuit Court of Cole County, Missouri on September 6, 2017, by filing his Petition in the case styled, *Bradley Lewis v. Truman Medical Center, Inc.*, Case No. 17AC-CC00477, against Defendant. Defendant was served with a summons and copy of the Petition on September 8, 2017. As required under § 1446 (a), copies of all process, pleadings, and orders served on Defendant are attached as **Exhibit A**.

2. Plaintiff's Petition alleges Defendant violated certain provisions of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA").

3. Under §§ 1441 and 1446, removal is timely if it is filed within 30 days after a

defendant is served with a summons and the initial pleading. Defendant is timely filing this Notice of Removal within 30 days of service.

4. This is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. §1331, and which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a).

## FEDERAL QUESTION JURISDICTION

5. Because the Plaintiff's Petition asserts a claim arising under federal law, *i.e.* the FCRA, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. Under §§ 1441(a) and 1446(a), and Local Rule 3.2, the U.S. District Court for the Western District of Missouri, Central Division, is the appropriate court for removing this action.

7. Promptly upon filing this Notice of Removal, Defendant will give notice in writing to all parties and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cole County, Missouri, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant Truman Medical Center, Inc. prays that this Court assume control over this action, as this action is properly removed on the grounds of federal question jurisdiction.

Respectfully Submitted,

/s/ Jennifer K. Oldvader
Patrick F. Hulla, #41745
Jennifer K. Oldvader, #51423
OGLETREE, DEAKINS
   NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816.471.1301
Facsimile:  816.471.1303
patrick.hulla@ogletree.com
jennifer.oldvader@ogletree.com

**ATTORNEY FOR DEFENDANTS**
**TRUMAN MEDICAL CENTER, INC.**

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on the 6th day of October, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and was served via U.S. Mail to the following:

Charles Jason Brown. MO 49952
Jayson A. Watkins MO 61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Jennifer K. Oldvader
**ATTORNEY FOR DEFENDANT**
**TRUMAN MEDICAL CENTER**

31282066.1